C. Robert Boldt (S.B.N. 180136)
robert.boldt@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Gregg F. LoCascio, P.C. (*pro hac vice* pending)
gregg.locascio@kirkland.com
Jonathan D. Brightbill (*pro hac vice* pending)
jonathan.brightbill@kirkland.com
Arjun Garg (*pro hac vice* pending)
arjun.garg@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for Defendants Merisant Company*
*and Whole Earth Sweetener Company LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ANGEL AGUIAR, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MERISANT COMPANY and WHOLE EARTH SWEETENER COMPANY LLC,<br><br>Defendants. | Case No. 2:14-CV-00670-RGK(AGRx)<br><br>**BRIGHTBILL DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date: March 24, 2014<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Judge: The Hon. R. Gary Klausner |

BRIGHTBILL DECLARATION                    CIVIL CASE NO. 2:14-cv-00670-RGK(AGRx)

I, Jonathan D. Brightbill, hereby declare and state as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, counsel for the Defendants Merisant Company and Whole Earth Sweetener Company LLC. I submit this declaration in support of Defendants' Motion to Dismiss.

2. **Exhibit 1** is a true and correct copy of the packaging of the Pure Via® product pictured in Complaint paragraph 16.

3. **Exhibit 2** is a true and correct copy of a letter issued by the Food and Drug Administration ("FDA"), dated January 6, 2014.

4. **Exhibit 3** contains true and correct copies of packaging of artificial sweeteners Sweet'N Low®, Equal®, and Splenda®. The images are re-scaled proportionally for an 8½ x 11 inch format.

5. **Exhibit 4** is a true and correct copy of the FDA webpage "Is Stevia an 'FDA approved' sweetener?" that is available at http://www.fda.gov/AboutFDA/Transparency/Basics/ucm214864.htm.

6. **Exhibit 5** is a true and correct copy of an FDA webpage publishing an August 17, 2017 enforcement letter that is available at http://www.fda.gov/iceci/enforcementactions/warningletters/2007/ucm076475.htm.

7. **Exhibit 6** contains true and correct copies of the FDA webpages "What refined Stevia preparations have been evaluated by FDA to be used as a sweetener?" (available at http://www.fda.gov/aboutfda/transparency/basics/ucm214865.htm) and "Agency Response Letter GRAS Notice No. GRN 000252" (available at http://www.fda.gov/Food/IngredientsPackagingLabeling/GRAS/NoticeInventory/ucm154988.htm).

8. **Exhibit 7** is a true and correct copy of the FDA webpage "Food Additive Status List" that is available at http://www.fda.gov/food/ingredientspackaginglabeling/foodadditivesingredients/ucm091048.htm.

9. **Exhibit 8** is a true and correct copy of the Pure Via website's homepage (available at http://www.purevia.com/) (as of Feb. 3, 2014) and "our natural standard"

1

page (available at http://www.purevia.com/Nature/Natural-Standard.aspx) (as of Feb. 3, 2014).

10.    **Exhibit 9** contains true and correct copies of packaging of other stevia-based sweeteners: Truvia®, Stevia in the Raw®, SweetLeaf®, and Pyure®. The images are re-scaled proportionally for an 8½ x 11 inch format.

11.    **Exhibit 10** is a true and correct copy of excerpts of FDA notice 58 Fed. Reg. 2302 (Jan. 6, 1993), specifically pages 2302 and 2401-2409.

12.    **Exhibit 11** is a true and correct copy of the "Natural Claims" section of USDA's Food Standards and Labeling Policy Book, available at http://www.fsis.usda.gov/OPPDE/larc/Policies/Labeling_Policy_Book_082005_3.pdf. The full version of that publication is available at http://www.fsis.usda.gov/wps/wcm/connect/7c48be3e-e516-4ccf-a2d5-b95a128f04ae/Labeling_Policy_Book_082005.pdf?MOD=AJPERES.

13.    **Exhibit 12** is a true and correct copy of USDA, *Draft Guidance: Classification of Materials*, NOP 5033, at 4 (Mar. 26, 2013), available at http://www.ams.usda.gov/AMSv1.0/getfile?dDocName=STELPRDC5103307.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February 2014, in Washington D.C.

Jonathan D. Brightbill

2

BRIGHTBILL DECLARATION                    CIVIL CASE NO. 2:14-cv-00670-RGK(AGRx)