EXHIBIT 4



EXHIBIT 4
010

**U.S. Food and Drug Administration**
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Email FDA

   

For Government | For Press

Combination Products

Advisory Committees

Science & Research

Regulatory Information

Safety

Emergency Preparedness

International Programs

News & Events

Training and Continuing Education

Inspections/Compliance

State & Local Officials

Consumers

Industry

Health Professionals

FDA Archive

U.S. Department of **Health & Human Services**

EXHIBIT 4
011