# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-0670-RGK (AGRx) | Date | July 28, 2014 |
|---|---|---|---|
| Title | Angel Aguiar v. Merisant Company, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   In Chambers   **SETTLEMENT CONFERENCE ORDER**

## READ CAREFULLY - STRICT COMPLIANCE IS REQUIRED

IT IS ORDERED that the parties shall appear for a settlement conference on **September 30, 2014, 1:30 p.m.**, at 312 N. Spring Street, Los Angeles, California, in Courtroom "B"- 8th floor.

On or before _**September 23, 2014**_, each party shall deliver or fax to the chambers of Magistrate Judge Alicia G. Rosenberg at (213) 894-2934 a Confidential Settlement Conference Statement. The statement, which may be in the form of a letter, shall contain the following information: (a) a summary of the factual background of the case; (b) a summary of important legal and factual issues presented by the case, and the submitting party's position on each issue; (c) a description of the damages or other relief sought by or against the submitting party; (d) a summary of the settlement negotiations or other means of alternative dispute resolution utilized prior to the date of the statement, including the content and date of any offers of compromise made or received by the submitting party, and the content and date of any responses to such offers; (e) the trial date and the pre-trial conference date (if set), the estimated length of trial, and whether a court or jury trial is contemplated; and (f) any other relevant facts or circumstances that counsel believe will assist the Court in conducting the settlement conference.

**EACH PARTY SHALL APPEAR AT THE SETTLEMENT CONFERENCE IN PERSON**, absent Court permission to participate telephonically. The appearing party, or party representative, is to have authority to settle the case. In the case of lawsuits brought against the United States or any of its agencies as a party, the attendance of an attorney charged with responsibility for the conduct of the case and who has final settlement authority as provided by his or her superiors is required. Requests by parties for permission to appear telephonically are disfavored. However, any such request should be made in a <u>separate</u> pleading captioned "Request To Appear Telephonically," which is to set forth good

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-0670-RGK (AGRx) | Date | July 25, 2014 |
|---|---|---|---|
| Title | Angel Aguiar v. Merisant Company, et al. | | |

cause for excusing a party's personal appearance and is to be accompanied by a Proposed Order.  **ANY REQUEST TO APPEAR TELEPHONICALLY MUST BE RECEIVED NOT LATER THAN SEVEN DAYS BEFORE THE DATE OF THE SETTLEMENT CONFERENCE ABSENT EXTRAORDINARY CIRCUMSTANCES (<u>E.G.</u> UNFORESEEN  ILLNESS).**

|  | 0 | : | 0 |
|---|---|---|---|
| Initials of Preparer | mp | | |