| | |
|---|---|
| SCOTT+SCOTT, ATTORNEYS AT LAW, LLP<br>CHRISTOPHER M. BURKE (214799)<br>cburke@scott-scott.com<br>4771 Cromwell Avenue<br>Los Angeles, CA 90027<br>Telephone: 213-985-1274<br>Facsimile: 213-985-1278 | SCOTT+SCOTT, ATTORNEYS AT LAW, LLP<br>AMANDA F. LAWRENCE (*pro hac vice*)<br>alawrence@scott-scott.com<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>Telephone: 860-537-5537<br>Facsimile: 860-537-4432 |

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
JOSEPH P. GUGLIELMO (*pro hac vice*)
jguglielmo@scott-scott.com
The Chrysler Building
405 Lexington Avenue
40th Floor
New York, NY 10174
Telephone: 212-223-6444
Facsimile: 212-223-6334

*Counsel for Plaintiff*

[Additional Counsel on Signature Page.]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AGUIAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERISANT COMPANY, and WHOLE EARTH SWEETENER COMPANY LLC,<br><br>Defendants. | Civil No.: 2:14-cv-00670-RGK-AGR<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING SETTLEMENT CLASS, APPROVING NOTICE PLAN, AND SCHEDULING DATE FOR FINAL FAIRNESS HEARING**<br><br>Judge:  Hon. R. Gary Klausner<br>Date:   September 15, 2014<br>Time:   9:00 a.m.<br>Ctrm:   850 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 15, 2014, at 9:00 a.m. or as soon thereafter as counsel may be heard, in the courtroom of the Honorable R. Gary Klausner located at 255 East Temple Street, Courtroom 850, Los Angeles, California 90012, pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff Angel Aguiar ("Plaintiff") will move for an order preliminarily approving class action settlement, certifying settlement class, approving notice plan, and scheduling date for final fairness hearing.

Plaintiff Angel Aguiar ("Plaintiff") hereby respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 23(e), for entry of an Order: (i) granting preliminary approval of the proposed Settlement; (ii) conditionally certifying the Settlement Class for purposes of such settlement and appointing Plaintiff as representative for the Settlement Class; (iii) approving Plaintiff's selection of Scott+Scott, Attorneys at Law, LLP and the Wood Law Firm, LLC as Class Counsel pursuant to Fed. R. Civ. P. 23(g); (iv) approving the proposed notice plan; and (v) setting a hearing date for final approval of the Settlement.

This motion is made based upon this notice of motion, the accompanying memorandum of law filed contemporaneously herewith, the evidentiary submission, including the declaration of Amanda F. Lawrence, and such other evidence and argument as may be presented at or before the hearing of this motion.

DATED:  August 18, 2014                    SCOTT+SCOTT,
                                           ATTORNEYS AT LAW, LLP

                                           By: */s/ Amanda F. Lawrence*
                                           Amanda F. Lawrence (*pro hac vice*)
                                           alawrence@scott-scott.com
                                           156 South Main Street
                                           P.O. Box 192
                                           Colchester, CT 06415

1

PLAINTIFF'S NOTICE OF MOTION AND                         Civ. No.: 2:14-cv-00670-RKG(AGRx)
MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT

Telephone: 860-537-5537
Facsimile: 860-537-4432

Joseph P. Guglielmo (*pro hac vice*)
jguglielmo@scott-scott.com
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue
40th Floor
New York, NY 10174
Telephone: 212-223-6444
Facsimile: 212-223-6334

Christopher M. Burke (214799)
cburke@scott-scott.com
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
4771 Cromwell Avenue
Los Angeles, CA 90027
Telephone: (213) 985-1274
Facsimile:  (213) 985-1278

E. Kirk Wood
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205-908- 4906
Facsimile: 866-747-3905
ekirkwoodl@bellsouth.net

Greg L. Davis
DAVIS & TALIAFERRO
7031 Halcyon Park Drive
Montgomery, AL 36117
Telephone: 334-832-9080
Facsimile: 334-409-7001
gldavis@knology.net

*Attorneys for Plaintiff*

2

PLAINTIFF'S NOTICE OF MOTION AND
MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT

Civ. No.: 2:14-cv-00670-RKG(AGRx)

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

I certify that the foregoing is true and correct. Executed on August 18, 2014.

        SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

        */s/* Amanda F. Lawrence
        Amanda F. Lawrence (*pro hac vice*)
        alawrence@scott-scott.com
        156 South Main Street
        P.O. Box 192
        Colchester, CT 06415
        Telephone: 860-537-5537
        Facsimile: 860-537-4432

3

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT    Civ. No.: 2:14-cv-00670-RKG(AGRx)