SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
CHRISTOPHER M. BURKE (214799)
cburke@scott-scott.com
4771 Cromwell Avenue
Los Angeles, CA 90027
Telephone: 213-985-1274
Facsimile: 213-985-1278

SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
JOSEPH P. GUGLIELMO (*pro hac vice)*
jguglielmo@scott-scott.com
The Chrysler Building
405 Lexington Avenue
40th Floor
New York, NY 10174
Telephone: 212-223-6444
Facsimile: 212-223-6334

SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
AMANDA F. LAWRENCE (*pro hac vice*)
alawrence@scott-scott.com
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432

*Counsel for Plaintiff*

[Additional Counsel on Signature Page.]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ANGEL AGUIAR, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

MERISANT COMPANY, and WHOLE EARTH SWEETENER COMPANY, LLC,

Defendants.

Civil No.: 2:14-cv-00670-RGK-AGR

**STIPULATION REGARDING DATES FOR FINAL APPROVAL OF SETTLEMENT**

Judge: Hon. R. Gary Klausner
Date: February 2, 2015
Time: 9:00 a.m.
Ctrm: 850

The parties, Plaintiff Angel Aguiar ("Plaintiff") and Defendants Whole Earth Sweetener Company LLC and Merisant Company ("Defendants") hereby advise the Court and stipulate as follows:

1. On August 18, 2014, the Plaintiff filed an Unopposed Motion for Preliminary Approval of Class Action Settlement, Certifying Settlement Class, Approving Notice Plan, and Final Scheduling Date for Fairness Hearing (ECF No. 107) ("Motion for Preliminary Approval") as well as a supporting memorandum and declaration with exhibits (ECF Nos. 108-109), including the Class Settlement Agreement (ECF No. 109-1).

2. On October 6, 2014, the Court entered its (in chambers) Order re: Plaintiff's Motion for Preliminary Approval of Class Action Settlement (ECF No. 113) finding that the proposed Settlement Class satisfied all of the Rule 23 certification requirements for the purposes of settlement, appointing Class Counsel for the Settlement Class, granting preliminary approval of the Settlement, and approving the Proposed Notice Plan.

3. In order to provide Settlement Class Members notice of the Fairness Hearing, a date for such hearing needs to be set in advance and distributed through the Notice Plan the Court has now approved.

4. On October 14, 2014, the Court informed the parties of its desire for them to file a stipulation concerning the date for preliminary approval of the Settlement.

5. The parties hereby stipulate that the following dates should apply:

- A Fairness Hearing will occur on February 2, 2015 at 9:00 A.M. at the United States District Court for the Central District of California, 255 East Temple Street, Los Angeles, California;

- Plaintiff shall file her Motion for Final Approval of the Settlement and her Motion for Attorney's Fees, Costs, and Expensive, and Motion for Incentive Award by no later than December 18, 2014.
- Settlement Class Members must file any objections to the Settlement and the Motion for Attorneys' Fees, Costs, and Expenses and/or for Incentive Awards by no later than January 2, 2015.
- Settlement Class Members who intend to appear at the Fairness Hearing must file a Notice of Intention to Appear at the Fairness Hearing by no later than January 16, 2015.
- The Notice Administrator shall file: (a) a list of those persons who have opted out or excluded themselves from the Settlement; (b) the details outlining the scope, methods, and results of the notice program; and (c) compliance with the obligation to give notice to each appropriate State and Federal official, as specified in 28 U.S.C. §1715, and any other applicable statute, law, or rule, including, but not limited to, the Due Process Clause of the United States Constitution, by no later than January 23, 2015.
- Class Counsel and Defendants shall have the right to respond to any objection no later than January 26, 2015.

///

DATED: October 16, 2014

SCOTT & SCOTT,
ATTORNEYS AT LAW, LLP

/s/ Amanda F. Lawrence
Amanda F. Lawrence (*pro hac vice*)[1]
alawrence@scott-scott.com
156 South Main Street
P.O. Box 192
Colchester, CT 06714
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

Christopher M. Burke (SBN 214799)
cburke@scott-scott.com
SCOTT & SCOTT,
ATTORNEYS AT LAW, LLP
4771 Cromwell Avenue
Los Angeles, CA 90027
Telephone: (213) 985-1274
Facsimile: (213) 985-1278

Joseph P. Guglielmo (*pro hac vice*)
jguglielmo@scott-scott.com
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

E. Kirk Wood
ekirkwoodl@bellsouth.net
WOOD LAW FIRM, LLC

KIRKLAND & ELLIS LLP

/s/ C. Robert Boldt
C. Robert Boldt (S.B.N. 180136)
robert.boldt@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Gregg F. LoCascio, P.C. (*pro hac vice*)
gregg.locascio@kirkland.com
Jonathan D. Brightbill (*pro hac vice*)
jonathan.brightbill@kirkland.com
Arjun Garg (*pro hac vice*)
arjun.garg@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for Defendants, Merisant Company and Whole Earth Sweetener Company LLC.*

---

[1] I, Amanda F. Lawrence, am the ECF user whose ID and password are being used to file this Stipulation Re Settlement, Pending Motions, and Litigation Stay. I hereby attest that the following attorney has concurred in and authorized this filing: C. Robert Boldt, counsel for Defendant.

P.O. Box 382434
Birmingham, AL 35238

Greg L. Davis
gldavis@knology.net
DAVIS & TALIAFERRO
7031 Halcyon Park Drive
Montgomery, AL 36117

*Attorneys for Plaintiff Angel Aguiar*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

I certify that the foregoing is true and correct. Executed on October 16, 2014.

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

*/s/* Amanda F. Lawrence

Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432