1
2
3
4
5
6
7
8
9
10
11

12
13

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

14
15
16
17
18
19
20
21

| ANGEL AGUIAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERISANT COMPANY, and WHOLE EARTH SWEETENER COMPANY, LLC,<br><br>Defendants. | Civil No.: 2:14-cv-00670-RGK-AGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DATES FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Judge:  Hon. R. Gary Klausner<br>Date:    February 2, 2015<br>Time:   9:00 a.m.<br>Ctrm:   850 |
|---|---|

22
23
24
25
26
27

28  [PROPOSED] ORDER GRANTING STIPULATION         Civ. No.: 2:14-cv-00670-RKG(AGRx)
REGARDING DATES FOR FINAL APPROVAL
OF SETTLEMENT

The Court has considered the Joint Stipulation Regarding Dates for Final Approval of Settlement wherein the parties jointly stipulated and requested dates for the Fairness Hearing and related settlement events. The Court, finding good cause exists, sets the following schedule for the Fairness Hearing and the actions which must precede it:

- A Fairness Hearing will occur on February 2, 2015 at 9:00 A.M. at the United States District Court for the Central District of California, 255 East Temple Street, Los Angeles, California;

- Plaintiff shall file her Motion for Final Approval of the Settlement and her Motion for Attorney's Fees, Costs, and Expensive, and Motion for Incentive Award by no later than December 18, 2014.

- Settlement Class Members must file any objections to the Settlement and the Motion for Attorneys' Fees, Costs, and Expenses and/or for Incentive Awards by no later than January 2, 2015.

- Settlement Class Members who intend to appear at the Fairness Hearing must file a Notice of Intention to Appear at the Fairness Hearing by no later than January 16, 2015.

- The Notice Administrator shall file: (a) a list of those persons who have opted out or excluded themselves from the Settlement; (b) the details outlining the scope, methods, and results of the notice program; and (c) compliance with the obligation to give notice to each appropriate State and Federal official, as specified in 28 U.S.C. §1715, and any other applicable statute, law or rule,

1

[PROPOSED] ORDER GRANTING STIPULATION  Civ. No.: 2:14-cv-00670-RKG(AGRx)
REGARDING DATES FOR FINAL APPROVAL
OF SETTLEMENT

including, but not limited to, the Due Process Clause of the United States Constitution by no later than January 23, 2015.

- Class Counsel and Defendants shall have the right to respond to any objection no later than January 26, 2015.

IT IS SO ORDERED.

DATED: October 17, 2014

_____
HON. R. Gary Klausner
United States District Court Judge

Submitted by:

Amanda F. Lawrence (*pro hac vice*)
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
alawrence@scott-scott.com
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432