UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANGEL AGUIER, et al. ) | Case No. 2:14-CV-00670-RGK |
| ) | (AGRx) |
| v. ) | |
| ) | |
| MERISANT COMPANY, et al. ) | |
| ) | DATE: February 2, 2014 |
| ) | TIME: 9:00 a.m. |
| ) | COURT: Hon. Judge Klausner |
| ) | |

Objection to Class Action Settlement in *Aguiar v Merisant Company, et al.*,
Civil Action No. 2:14-CV-00670-RGK (AGRx)

Class member Barbara S. Cochran ("Objector") hereby serves notice of her objection to the proposed class action settlement and request for attorney's fees. Specifically, the $450,000 fee award requested by Class Counsel is unsupported, unreasonable, and unfair to class members. Because they seek 30% of the gross recovery without regard to actual claims paid, Plaintiffs should be required to document the time their attorneys actually devoted to this case and the hourly rate normally charged for this kind of work. Objector hereby declares, under penalty of perjury, that she purchased at least one Pure Via Consumer Product during the class period. Following is a listing of her estimated purchases:

2008 - 1 jar at Ralphs, 3433 Saviors Rd., Oxnard, CA 93933 or Vons, 1291 S. Victoria Ave, Oxnard, CA 93035

2010 - 2 jars at Ralphs, 3433 Saviors Rd., Oxnard, CA 93933 or Vons, 1291 S. Victoria Ave, Oxnard, CA 93035

Respectfully submitted,

Barbara S. Cochran
1520 Dover Street
Oxnard, CA 93030-3514
(805) 919-9009

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2014, I mailed the foregoing objection by First Class U.S. mail, postage prepaid, to the following addresses:

Case No. 2:14-CV-00670-RGK(AGRx)
United States District Court
Central District of California, Western Division
Edward R. Roybal Federal Building
255 East Temple Street
Los Angeles, CA 90012-3332

**Address of Designated Class Counsel:**

Joseph P. Guglielmo
Amanda F. Lawrence
Scott+Scott, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174

**Address of Pure Via Settlement Administrator:**

Pure Via Settlement Administrator
c/o Dahl Administration
P.O. Box 3614
Minneapolis, MN  55403-0614

*/s/ Barbara S. Cochran*
Barbara S. Cochran