UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-00670-RGK (Ex) | Date | February 2, 2015 |
|---|---|---|---|
| Title | ANGEL AGUIAR v. MERISANT COMPANY, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Sandra MacNeil | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
 Amanda Lawrence  
 Andrea Farah  
 E. Kirk Wood  

Attorneys Present for Defendants:  
 Jonathan Brightbill

**Proceedings:** **MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [117]; PLAINTIFF'S MOTION FOR ATTORNEY FEES, EXPENSE REIMBURSEMENT; AND INCENTIVE AWARD [118]**

Court and counsel confer. There are no objectors present. The Court has reviewed objections that were filed with the Court. One objection was withdrawn; and the other was not filed timely. The Court orders that objection stricken from the record.

The Settlement is ordered approved. The Court takes the motion for attorney fees [118] under submission.

**IT IS SO ORDERED.**

                                           :     2
Initials of Preparer   slw