SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
CHRISTOPHER M. BURKE (214799)
cburke@scott-scott.com
4771 Cromwell Avenue
Los Angeles, CA 90027
Telephone: 213-985-1274
Facsimile: 213-985-1278

SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
JOSEPH P. GUGLIELMO (*pro hac vice*)
jguglielmo@scott-scott.com
The Chrysler Building
405 Lexington Avenue
40th Floor
New York, NY 10174
Telephone: 212-223-6444
Facsimile: 212-223-6334

SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
AMANDA F. LAWRENCE (*pro hac vice*)
alawrence@scott-scott.com
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432

*Counsel for Plaintiff*

[Additional Counsel on Signature Page.]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AGUIAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERISANT COMPANY, and WHOLE EARTH SWEETENER COMPANY, LLC,<br><br>Defendants. | Civil No.: 2:14-cv-00670-RGK-AGRx<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER STRIKING THE OBJECTION OF MICHAEL NARKIN** |

This Court having considered Plaintiff's unopposed Motion for Final Approval of Class Action Settlement and Request for Entry of Final Judgment, and the argument presented by the Plaintiff's counsel during the Final Approval Hearing held on February 2, 2015, and all papers filed and proceedings had herein and otherwise being fully informed of the premises and cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The objection of Michael Narkin has been filed six days after the objection filing deadline, and is thus stricken from the Court's docket as untimely.

IT IS SO ORDERED.

DATED:  February 04, 2015        _____
                                 HON. R. GARY KLAUSNER
                                 United States District Judge

Submitted by:

Amanda F. Lawrence (*pro hac vice*)
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
alawrence@scott-scott.com
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432

[PROPOSED] ORDER STRIKING THE                    Civil No.: 2:14-cv-00670-RGK(AGRx)
OBJECTION OF MICHAEL NARKIN

1