Form 1

**FORM 1.** Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

FILED
CLERK, U.S. DISTRICT COURT

MAR - 2 2015

CENTRAL DISTRIC  O. CALIFORNIA
BY _____ DEPUTY

**Name of United States District Court for the** _CENTRAL DISTRICT OF CALIFORNIA_

Case Number _2:14-CV-00670-RGK-AGR_

_ANGEL AGUIAR_ , Plaintiff,

_ET AL._                    v.          **NOTICE OF APPEAL**

_MERISANT COMPANY ET AL_ Defendant.

Notice is hereby given that _MICHAEL NARKIN_ (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from t _①Order Striking Objection_ (from the final judgment) ((from an order) (describe the order) entered in this action on _2/5/2015_ (date).

② _Final Order approving Class Action Settlement_

_Michael Narkin, Pro SE_
(Signature of appellant or attorney)     _Objector_

③ _Order Approving Attorney's Fees_

_85391 Chezem Road_
_Eugene, OR 97405_
(Address of appellant or attorney)

_541-852-5507_

*_See_ Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2015, I express mailed the foregoing to the Clerk of the Court. It is my understanding that the CM/ECF system will send notification of the filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Executed on February 27, 2015

By: _Michael Narkin_

EXPRESS MAIL®

UNITED STATES POSTAL (S)

Recycled Paper

PLEASE PRESS FIRMLY

Print postage onli

UNITED STATES POSTAL SERVICE®

1007

U.S. POSTAGE
PAID
EUGENE,OR
97405
FEB 28, 15
AMOUNT
$19.99
00119980-05

$19.99

EK700972742US

PRIORITY
★ MAIL ★
EXPRESS™

Flat Rate
Mailing Envelope

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

Place Mailing Label Her

**HOW TO USE:**
**1. Complete Lab**
Type or print
required inform
in customer bl

Visit us at usps.com        We Deliver!

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE (541) 953-2707

M Navion
8-391 Chosen Road
Eugene, OR 97405

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED

**TO:** (PLEASE PRINT)   PHONE ( )

Clerk of the U.S. District
Court Central Division
255 East Temple Street
Los Angeles, CA
90012

ZIP + 4®

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day | Date Accepted | Time Accepted | | Scheduled Delivery Date | Postage |
|---|---|---|---|---|---|---|
| 97405 | 2-Day | 2/28/15 | 12:30 PM | | 3/2/15 | $19.99 |

Weight: 12.30 oz   Flat Rate

**DELIVERY (POSTAL SERVICE USE ONLY)**

Total Postage & Fees: $19.99

LABEL 11-B, JANUARY 2014   PSN 7690-02-000-9996   3-ADDRESSEE COPY

EP13F