# UNITED STATES DISTRICT COURT
## Central District of California

### APPLICATION TO THE CLERK TO TAX COSTS

Angel Aguiar

V.

Merisant Company et al.

Case Number: 2:14-cv-00670-RGK-AGR

Judgment was entered in this action on __2/19/2015__ / __129__ against __Class Action Settlement - Award of Costs to Plaintiff__.
                                          Date         Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Filing fees: see L.R. 54-3.1 | $576.00 |
| Fees for service of process: see L.R. 54-3.2 | $1,587.00 |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | |
| Depositions: see L.R. 54-3.5 | $75,637.00 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | $7,898.00 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) | |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | **$85,698.00** |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System
[ ] Conventional service by first class mail
[ ] Other _____

_/s/ A. Lawrence_
Signature

Amanda F. Lawrence
Print Name

Attorney for: Angel Aguiar

Costs are taxed in the amount of __$85,698.00 - no objection.__

**TERRY NAFISI**                By: _____           March 30, 2015
Clerk of Court                      Deputy Clerk                     Date
                                    Rosa Morales

CV-59 (12/14)                       BILL OF COSTS                    Page 1 of 2